UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED MARCUS OVERTON,<br>　　　　Plaintiff.<br>　v.<br>BAY AREA AUTO EXCHANGE,<br>　　　　Defendant. | Case No. 23-cv-05138-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on March 8, 2024, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff shall appear on **April 19, 2024, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for lack of subject matter jurisdiction, for Plaintiff's failure to appear at the case management conference on March 8, 2024, for failure to prosecute, and for failure to comply with the Court's Order of January 5, 2024.

Plaintiff shall file a response by **April 8, 2024**.

A case management conference is also scheduled for **April 19, 2024**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: March 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge