United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARED MARCUS OVERTON,

    Plaintiff,

v.

BAY AREA AUTO EXCHANGE,

    Defendant.

Case No. 23-cv-05138-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

In this action, Plaintiff Jared Overton avers Defendant Bay Area Auto Exchange sold him a defective vehicle. The magistrate judge to whom the matter was initially assigned issued an order to show cause why this case should not be dismissed for lack of subject matter jurisdiction, failure to prosecute, and failure to comply with a court order. *See* Dkt. 34. Plaintiff did not respond to the show cause order. The magistrate judge then issued a Report and Recommendation that this matter be dismissed, without prejudice, for the aforementioned reasons. No objections to the Report and Recommendation have been filed and the time for filing any objection expired on May 3, 2024.

The recommendation to dismiss this case without prejudice is adopted. For the reasons set out in the report, dismissal without prejudice is appropriate for lack of subject matter jurisdiction, failure to prosecute, and failure to comply with court orders.

**IT IS SO ORDERED**.

Dated: May 6, 2024

_____
RICHARD SEEBORG
Chief United States District Judge